AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BANKERS LIFE AND CASUALTY COMPANY,<br>*Plaintiff*<br>v.<br>SHANNON NELSON, KELLY DACHTLER, RYAN KASHMERICK, TIMOTHY HORVATH, DAVID TEESDALE, TROY BAXTER, LISA BENSON, JOHN BLANCK, BERT BROTHERTON, JOSHUA CLARK, KIRK JOHNSTON, JOHN KIME, SETH KISHEFSKY, JOSEPH MICHALEC, MICHAEL ROBERTSON, KURTIS TULPPO AND JONATHAN YOUNG<br>*Defendant* | Civil Action No. 11-cv-02769<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Geraldine Soat Brown |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Ryan Kashmerick
1207 Willow Street
Traverse City, MI 49684

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David K. Haase
Darren Mungerson
William J. Shin
Todd M. Church
LITTLER MENDELSON, P.C.
321 N. Clark Street, Suite 1000
Chicago, IL 60654

MICHAEL W. DOBBINS, CLERK



_____
(By) DEPUTY CLERK

April 27, 2011
_____
DATE



AO 440 (Rev. 12/09) Summons in a Civil Action

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/27/2011

*Signature of Clerk or Deputy Clerk*



*AFFIDAVIT OF SPECIAL PROCESS SERVER*
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
CASE NO.: 11-cv-02769

_John Hardy_, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons, Verified Complaint for Injunctive Relief and Damages, Plaintiff Bankers Life and Casualty Company's Corporate Disclosure Statement, Plaintiff Bankers Life and Casualty Company's Motion for Temporary Restraining Order, Preliminary Injunction Hearing Date and an Order Granting Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction Hearing, and an Order Granting Preliminary Injunction, Plaintiff's Motion for Expedited Discovery, Notice of Motion** to **Ryan Kashmerick** located at **1207 Willow Street, Traverse City, MI 49684** resulting in:

✓ Personal service on the defendant/respondent/witness on the __30__ day of __April__, 2011 at __2:45__ P.M.

___ Substitute service by leaving the documents with a resident over the age of 13 on the _____ day of _____, 2011 at _____ __.M.
Name: _____ Relationship: _____

___ After substitute service I mailed a copy of the listed documents, via regular mail to the subject on the _____ day of _____, 2011

___ Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

_____

A description of the person with whom the documents were left is as follows:

Sex: __M__ Hair Color/Style: __Bn__
Race: __W__ Height (approx.): __6-0__
Age (approx.): __40__ Weight (approx.): __220__
Noticeable Features/Notes: _____

Signed and Sworn to before me
This __2__ day of __May__, 2011.

_____
Notary Public

Served By: _John A Hardy_
Title: _Court Officer_

Service was completed by an independent contractor retained by It's Your Serve, Inc.