**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BANKERS LIFE AND CASUALTY COMPANY,**<br><br>      Plaintiff,<br><br>  v.<br><br>**SHANNON NELSON, KELLY DACHTLER, RYAN KASHMERICK, TIMOTHY HORVATH, DAVID TEESDALE, TROY BAXTER, LISA BENSON, JOHN BLANCK, BERT BROTHERTON, JOSHUA CLARK, KIRK JOHNSTON, JOHN KIME, SETH KISHEFSKY, JOSEPH MICHALEC, MICHAEL ROBERTSON, KURTIS TULPPO, and JONATHAN YOUNG,**<br><br>      Defendants. | **Case No. 1:11-cv-02769**<br><br>**Judge Sharon Johnson Coleman** |

## AGREED ORDER

This matter having come before the Court on the motion of Plaintiff Bankers Life and Casualty Company ("Bankers Life") for a temporary restraining order against Defendants Shannon Nelson, Kelly Dachtler, Ryan Kashmerick, Timothy Horvath, David Teesdale, Troy Baxter, Lisa Benson, John Blanck, Bert Brotherton, Joshua Clark, Kirk Johnston, John Kime, Seth Kishefsky, Joseph Michalec, Michael Robertson, Kurtis Tulppo and Jonathan Young (collectively, the "Defendants"), the parties have agreed to the following without any admission of liability:

**IT IS HEREBY ORDERED** that Defendants shall return to counsel for Bankers Life all of Bankers Life's property in their respective possession, custody, or control, including, without limitation, all documents and information referred to in Paragraphs 6(c) (consistent with the Gramm-Leach-Bliley Act) and 15 of the Agent Contract attached to Bankers Life's Complaint. Defendants shall return any and all such property, including, without limitation, copies and electronic documents, by 11:00 a.m. CT on May 11, 2011.

**IT IS FURTHER ORDERED** that Defendants agree not to directly or indirectly solicit or hire any agent or employee of Bankers Life within Alcona, Alpena, Antrim, Benzie, Charlevoix, Cheboygan, Chippewa, Clare, Crawford, Emmet, Gladwin, Grand Traverse, Iosco, Kalkaska, Lake, Leelanau, Mackinac, Manistee, Missaukee, Montmorency, Ogemaw, Osceola, Oscoda, Ostego, Presque Isle, Roscommon and Wexford counties in Michigan until such time as this Court rules on Bankers Life's Motion for Preliminary Injunction.

**IT IS FURTHER ORDERED** that Defendants agree not to directly or indirectly contact, solicit, divert, or induce any policyholder of Bankers Life to relinquish, surrender, replace, or lapse any policy issued by Bankers Life within Alcona, Alpena, Antrim, Benzie, Charlevoix, Cheboygan, Chippewa, Clare, Crawford, Emmet, Gladwin, Grand Traverse, Iosco, Kalkaska, Lake, Leelanau, Mackinac, Manistee, Missaukee, Montmorency, Ogemaw, Osceola, Oscoda, Ostego, Presque Isle, Roscommon and Wexford counties in Michigan until the parties reach further agreement or this Court further rules on this issue on or about May 11, 2011, whichever occurs first.

The case is set for a further hearing on Bankers Life's Motion on May 11, 2011 at 12:00 p.m.

**SO ORDERED**.

This the 6th day of May, 2011.

Sharon Johnson Coleman
District Judge