**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BANKERS LIFE AND CASUALTY COMPANY,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**SHANNON NELSON, KELLY DACHTLER, RYAN KASHMERICK, TIMOTHY HORVATH, DAVID TEESDALE, TROY BAXTER, LISA BENSON, JOHN BLANCK, BERT BROTHERTON, JOSHUA CLARK, KIRK JOHNSTON, JOHN KIME, SETH KISHEFSKY, JOSEPH MICHALEC, MICHAEL ROBERTSON, KURTIS TULPPO, and JONATHAN YOUNG,**<br><br>        **Defendants.** | **Case No. 1:11-cv-02769**<br><br>**Judge Sharon Johnson Coleman** |

## AGREED ORDER

This matter having come before the Court on the motion of Plaintiff Bankers Life and Casualty Company ("Bankers Life") for a temporary restraining order against Defendants Shannon Nelson, Kelly Dachtler, Ryan Kashmerick, Timothy Horvath, David Teesdale, Troy Baxter, Lisa Benson, John Blanck, Bert Brotherton, Joshua Clark, Kirk Johnston, John Kime, Seth Kishefsky, Joseph Michalec, Michael Robertson, Kurtis Tulppo and Jonathan Young (collectively, the "Defendants"), the parties have agreed to the following without any admission of liability:

**IT IS HEREBY ORDERED** that Defendants were required to return to counsel for Bankers Life all of Bankers Life's property in their respective possession, custody, or control, including, without limitation, all documents and information referred to in Paragraphs 6(c) (consistent with the Gramm-Leach-Bliley Act) and 15 of the Agent Contract attached to Bankers Life's Complaint. Defendants were required to return any and all such property, including, without limitation, copies and electronic documents, by 11:00 a.m. CT on May 11, 2011.

**IT IS FURTHER ORDERED** that Defendants agree not to directly or indirectly solicit or hire any agent or employee of Bankers Life within Alcona, Alpena, Antrim, Benzie, Charlevoix, Cheboygan, Chippewa, Clare, Crawford, Emmet, Gladwin, Grand Traverse, Iosco, Kalkaska, Lake, Leelanau, Mackinac, Manistee, Missaukee, Montmorency, Ogemaw, Osceola, Oscoda, Ostego, Presque Isle, Roscommon and Wexford counties in Michigan until such time as this Court rules on Bankers Life's Motion for Preliminary Injunction.

**IT IS FURTHER ORDERED** that Defendants will not process, accept orders for, or deliver any policies offered for sale by Defendants to a current Bankers Life policyholder who currently holds the same type of policy through Bankers Life, or induce any such policyholder to cancel their Bankers Life policy(ies), until such time as this Court rules on Bankers Life's Motion for Preliminary Injunction. Further, Defendants agree not to use any "Nonpublic Personal Information" obtained from Bankers Life pursuant to Paragraph 6(c) of the Defendants' Agent Contracts with Bankers Life and consistent with the Gramm-Leach-Bliley Act (P.L. 106-102). This paragraph, however, does not prohibit Defendants from contacting any Bankers Life policyholders to discuss, conduct sales, or otherwise transact business concerning different types of policies from those currently owned by Bankers Life policyholders, provided that Defendants have retained no physical or electronic copies of Bankers Life's property, including contact data or customer lists obtained from Bankers Life. This paragraph shall also not apply to family members or relatives of Defendants who are Bankers Life policyholders. Defendants shall be permitted to process, accept orders for and deliver any policy offered for sale by Defendants without restriction to said family members or relatives. For purposes of this paragraph, family member or relative means: spouse, domestic partner, parent, child, grandparent, grandchild, sister, brother, aunt, uncle, cousin, parents of spouse, and any member of a Defendant's

3

household.

The case is set for a further status hearing on Bankers Life's Motion on May 26, 2011 at 8:45 a.m.

**SO ORDERED**.

This the 12th day of May, 2011.

_____
Sharon Johnson Coleman
District Judge