United States District Court
for the
Northern District of Illinois

Bankers Life and Casualty Company,
                    PLAINTIFF,

V

Shannon Nelson, Kelly Dachtler, Ryan
Kashmerick, Timothy Horvath, David
Teesdale, Troy Baxter, Lisa Benson,
John Blanck, Bert Brotherton, Joshua
Clark, Kirk Johnston, John Kime, Seth
Kishefsky, Joseph Michalec, Michael
Robertson, Kurtis Tulppo and
Jonathan Young,
                    DEFENDANTS.

_____/

Civil Action
NO. 11-cv-02769

FILED

MAY 2 4 2011
MAY 24 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

David K. Haase [6201278]
Darren M. Mungerson [6256434]
William J. Shin [6295616]
Todd M. Church [6281176]
Littler Mendelson PC
321 N. Clark Street-Ste 1000
Chicago, IL 60654
Tel 312 372 5520
Fax 312 372 7880
Attorneys for Plaintiff

## Answer to Complaint

Now comes Defendant, Kirk Johnston, pro se, in answer to Bankers Life and Casualty Company's Verified Complaint for Injunctive Relief and Damages.

**I.**                    **Nature of the Action**

1. Defendant, Kirk Johnston, denies any "improper downloading of confidential policyholder information, breach of his Agent Contract and other dishonest activities and actionable conduct" for the reason it is untrue; neither admitted nor denied as to the other named Defendants for the reason that He lacks

Page 1 of  21

information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

## II.                Parties

2.    Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

3.    Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

4.    Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

5.    Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

6.    Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

7.    Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

8.    Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

9.    Defendant, Kirk Johnston, neither admits nor

denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

10.  Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

11.  Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

12. Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

13.  Defendant, Kirk Johnston, admits.

14.  Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

15.  Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

16.  Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

17.  Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

18.  Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to

Defendant, Kirk Johnston.

19.  Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

**III          Jurisdiction and Venue**

20.  Defendant, Kirk Johnston, neither admits nor denies for the reason that Plaintiff has not provided any factual basis upon which it relies in arriving at this legal conclusion.

21.  Defendant, Kirk Johnston, neither admits nor denies for the reason that Plaintiff has not provided any factual basis upon which it relies in arriving at this legal conclusion.

22.  Defendant, Kirk Johnston, neither admits nor denies for the reason that Plaintiff has not provided any factual basis upon which it relies in arriving at this legal conclusion.

23.  Defendant, Kirk Johnston, denies for the reason that personal jurisdiction and venue are addressed by the Rules of the Court.

24.  Defendant, Kirk Johnston, admits that Plaintiff's Complaint Exhibit "K" is what it purports to be, however, neither admits nor denies the balance of the allegation for the reason that it does not pertain to Defendant, Kirk Johnston.

**IV          General Allegations**

25.  Defendant, Kirk Johnston, admits.

26.  Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks information or knowledge

sufficient to form a belief as to the truth or falsity of this allegation.

27. Defendant, Kirk Johnston, neither admits nor denies for the reason that this allegation does not pertain to Defendant, Kirk Johnston.

28. Defendant, Kirk Johnston, neither admits nor denies for the reason that he lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

29. Defendant, Kirk Johnston, admits that he executed Exhibit "K", however, neither admits nor denies the balance of the allegation as it does not pertain to Defendant, Kirk Johnston.

30. Defendant, Kirk Johnston, neither admits nor denies for the reason that the referenced Agent Contracts best speak for themselves.

31. Defendant, Kirk Johnston, neither admits nor denies for the reason that the referenced Agent Contracts best speak for themselves.

32. Defendant, Kirk Johnston, neither admits nor denies for the reason that the referenced Agent Contracts best speak for themselves.

33. Defendant, Kirk Johnston, neither admits nor denies for the reason that the referenced Agent Contracts best speak for themselves.

34. Defendant, Kirk Johnston, neither admits nor

denies for the reason that the referenced Agent Contracts best speak for themselves.

35. Defendant, Kirk Johnston, admits that he became privy to limited information about those clients he directly procured and affirmatively states that he comported, complied with, and performed in all respects, his duties, responsibilities and obligations under his Agent Contract of April 2, 2010 [Exhibit "K"].

36. Defendant, Kirk Johnston, admits that he became privy to limited information about those clients he directly procured and affirmatively states that he was and continues to comport, comply with, and perform in all respects, his duties, responsibilities and obligations under his Agent Contract of April 2, 2010 [Exhibit "K"].

37. Defendant, Kirk Johnston, neither admits nor denies for the reason that Defendant, Kirk Johnston's Agent Contract [Exhibit "K"] best speaks for itself.

38. Defendant, Kirk Johnston, denies that he has breached, in any respect, his Agent Contract [Exhibit "K"].

B.      Investigation of the Traverse City Branch Office

39. Defendant, Kirk Johnston, neither admits nor denies for the reason that he lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

40. Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks information or knowledge

sufficient to form a belief as to the truth or falsity of this allegation.

41.    Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

42.    Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

43.    Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

44.    Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

45.    Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

C.              Defendants' Downloading Activity

46.    Defendant, Kirk Johnston, denies any improper motive, conduct and/or violation of the Agent Contract as regards his download(s) of March 24 and 25, 2011.

47.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

48.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

49.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

50.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

51.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

52.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

53.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

54.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

55.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to

Defendant, Kirk Johnston.

56. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

57. Defendant, Kirk Johnston, denies he became appointed with North American on March 13, 2011 for the reason that this allegation is untrue. Defendant, Kirk Johnston, admits that he terminated his agreement with Bankers Life on March 25, 2011. Defendant, Kirk Johnston, further denies that he "downloaded a significant number of policyholder records".

58. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

59. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

60. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

61. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

62. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

63. Defendant, Kirk Johnston, neither admits nor

denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

64. Defendant, Kirk Johnston, admits that he knew he was terminating his Agent Contract [Exhibit "K"] with Plaintiff on March 25, 2011, however, denies that he had no legitimate reason to download his own personal pending Business Report; Defendant Johnston denies the balance of the allegation for the reason it is untrue.

65. Defendant, Kirk Johnston, denies that he downloaded "private and confidential policy information, including PHI".

66. Defendant, Kirk Johnston, denies that he has failed to return Bankers Life's "other confidential information" for the reason it is untrue.

D.          Replacement Activity

            Defendant Young

67. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

68. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

69. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

Defendant Tulppo

70. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

71. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

72. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

Defendant Teesdale

73. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

74. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

75. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

Defendant Michalec

76. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

77. Defendant, Kirk Johnston, neither admits nor

denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

78. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

V. <u>Specific Claims</u>

**First Claim for Relief**§

[Fraud & Related Activity in connection with Computers-

18 USC § § 1030]

79. Answer Paragraphs 1 through 78 are incorporated by reference herein as though set forth verbatim.

80. Defendant, Kirk Johnston, neither admits nor denies for the reason that 18 USC § § 1030 best speaks for itself.

81. Defendant, Kirk Johnston, neither admits nor denies for the reason that 18 USC § § 1030 best speaks for itself.

82. Defendant, Kirk Johnston, denies that he exceeded his authorized access in violation of 18 USC § § 1030 for the reason that said allegation is untrue.

83. Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

84. Defendant, Kirk Johnston, denies a violation of the CFAA for the reason that it is untrue.

### Second Claim for Relief

[Breach of Contract/Confidentiality Provisions]

85. Answer Paragraphs 1 through 84 are incorporated by reference herein as though set forth verbatim.

86. Defendant, Kirk Johnston, neither admits nor denies for the reason that the Agent Contracts best speak for themselves.

87. Defendant, Kirk Johnston, admits as to himself.

88. Defendant, Kirk Johnston, neither admits nor denies for the reason that the Agent Contracts best speak for themselves.

89. Defendant, Kirk Johnston, neither admits nor denies for the reason that the Agent Contracts best speak for themselves.

90. Defendant, Kirk Johnston, denies a breach of his Agent Contract for the reason it is untrue.

91. Defendant, Kirk Johnston, denies as to himself, for the reason it is untrue.

92. Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

93. Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

Page 13 of 21

94. Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

95. Defendant, Kirk Johnston, denies this allegation for the reason it is untrue.

### Third Claim for Relief

[Breach of Contract/Anti-raiding Provision]

96. Answer Paragraphs 1 through 95 are incorporated by reference herein as though set forth verbatim.

97. Defendant, Kirk Johnston, neither admits nor denies for the reason that his Agent Contract [Exhibit "K"] best speaks for itself.

98. Defendant, Kirk Johnston, admits.

99. Defendant, Kirk Johnston, admits.

100. Defendant, Kirk Johnston, denies any breach of his Agent Contract, and further denies, that he has improperly solicited any agents to terminate their agreements with Bankers Life.

101. Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

102. Defendant, Kirk Johnston, denies for the reason the allegation is untrue.

103. Defendant, Kirk Johnston, denies for the

Page 14 of 21

reason the allegation is untrue.

### Fourth Claim for Relief

[Breach of Contract/Customer Non-solicitation Provisions]

104.    Answer  Paragraphs  1  through  103  are incorporated by reference herein as though set forth verbatim.

105.  Defendant, Kirk Johnston, neither admits nor denies  for  the  reason  this  allegation  does  not  pertain  to Defendant, Kirk Johnston.

106.  Defendant, Kirk Johnston, neither admits nor denies  for  the  reason  this  allegation  does  not  pertain  to Defendant, Kirk Johnston.

107.  Defendant, Kirk Johnston, neither admits nor denies  for  the  reason  this  allegation  does  not  pertain  to Defendant, Kirk Johnston.

108.  Defendant, Kirk Johnston, neither admits nor denies  for  the  reason  this  allegation  does  not  pertain  to Defendant, Kirk Johnston.

109.  Defendant, Kirk Johnston, neither admits nor denies  for  the  reason  this  allegation  does  not  pertain  to Defendant, Kirk Johnston.

110.  Defendant, Kirk Johnston, neither admits nor denies  for  the  reason  this  allegation  does  not  pertain  to Defendant, Kirk Johnston.

111.  Defendant, Kirk Johnston, neither admits nor denies  for  the  reason  this  allegation  does  not  pertain  to Defendant, Kirk Johnston.

### Fifth Claim for Relief

[Misappropriation of Trade Secrets]

112.    Answer    Paragraphs    1    through    111    are incorporated by reference herein as though set forth verbatim.

113.    Defendant, Kirk Johnston, denies that he is in possession of any Bankers Life confidential and/or trade secret information.

114.    Defendant, Kirk Johnston, neither admits nor denies for the reason that the cited statute best speaks for itself.

115.    Defendant, Kirk Johnston, denies this allegation as it pertains to himself, for the reason it is untrue.

116.    Defendant, Kirk Johnston, denies any violation of the Illinois Trade Secrets Act.

117.    Defendant, Kirk Johnston, denies for the reason it is untrue.

118.    Defendant, Kirk Johnston, denies any wrongful conduct.

119.    Defendant, Kirk Johnston, neither admits nor denies for the reason that he lacks  information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

120.    Defendant, Kirk Johnston, denies for the reason it is untrue.

121.    Defendant, Kirk Johnston, denies any wrongful conduct.

**Sixth Claim for Relief**

[Conversion]

122.    Answer  Paragraphs  1  through  121  are incorporated by reference herein as though set forth verbatim.

123.    Defendant, Kirk Johnston, admits.

124.    Defendant, Kirk Johnston, neither admits nor denies for the reason that his Agent Contract [Exhibit "K"] best speaks for itself.

125.    Defendant, Kirk  Johnston,  denies  this allegation as it pertains to himself, for the reason it is untrue.

126.    Defendant, Kirk  Johnston,  denies  this allegation as it pertains to himself, for the reason it is untrue.

127.    Defendant, Kirk Johnston, neither admits nor denies for the reason that He lacks  information or knowledge sufficient to form a belief as to the truth or falsity of this allegation.

128.    Defendant, Kirk Johnston, denies for the reason it is untrue.

129.    Defendant, Kirk Johnston, denies for the reason it is untrue.

130.    Defendant, Kirk  Johnson,  denies  this allegation as it pertains to himself, for the reason it is untrue.

**Seventh Claim for Relief**

[Tortious Interference with Prospective Advantage]

131.    Answer  Paragraphs  1  through  130  are incorporated by reference herein as though set forth verbatim.

132. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

133. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

134. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

135. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

136. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

137. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

138. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

139. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

140. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to

Defendant, Kirk Johnston.

141.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

142.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

143.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

144.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

### Eighth Claim for Relief

[Fraud]

145.     Answer Paragraphs 1 through 144 are incorporated by reference herein as though set forth verbatim.

146.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

147.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

148.     Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

149. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

150. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

### Ninth Claim for Relief

[Unjust Enrichment]

151. Answer Paragraphs 1 through 150 are incorporated by reference herein as though set forth verbatim.

152. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

153. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

154. Defendant, Kirk Johnston, neither admits nor denies for the reason this allegation does not pertain to Defendant, Kirk Johnston.

Wherefore, Defendant, Kirk Johnston, prays that Plaintiff's Complaint be dismissed, and that he be awarded costs and attorney fees.

Dated: __5/19/2011__

Kirk Johnston

State of Michigan
County of Otsego

Subscribed and sworn to before me this 19th day of

May, 2010.

John M. Dennany, Notary Public
Mackinac [acting in Otsego
County], Michigan
My Comm. Expires: 9-16-2011



United States District Court
for the
Northern District of Illinois

Bankers Life and Casualty Company,
                    PLAINTIFF,
V

Civil Action
NO. 11-cv-02769

Shannon Nelson, Kelly Dachtler, Ryan
Kashmerick, Timothy Horvath, David
Teesdale, Troy Baxter, Lisa Benson,
John Blanck, Bert Brotherton, Joshua
Clark, Kirk Johnston, John Kime, Seth
Kishefsky, Joseph Michalec, Michael
Robertson, Kurtis Tulppo and
Jonathan Young,
                    DEFENDANTS.
                                        /
_____

**FILED**

MAY 2 4 2011
MAY 24 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

David K. Haase [6201278]
Darren M. Mungerson [6256434]
William J. Shin [6295616]
Todd M. Church [6281176]
Littler Mendelson PC
321 N. Clark Street-Ste 1000
Chicago, IL 60654
Tel 312 372 5520
Fax 312 372 7880
Attorneys for Plaintiff

Kirk Johnston, Defendant
10745 Lewis Road
Vanderbilt, MI 49795

### Statement of Service

On this 19th day of May, 2011, I, Defendant, Kirk
Johnston, served a copy of my Answer to Complaint filed herein on
Littler Mendelson, PC, Attorneys for Plaintiff, by mailing a copy
of the same to said firm at its business address as disclosed by
the record, by first class mail, postage fully prepaid.

I declare that the within statement is true to the
best of my knowledge, information and belief.

Dated: 05/19/2011

Kirk Johnston